

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

Nos. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR7171 & 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due February 13, 2019, but was not filed. After a Rule 38.8 notice and a subsequent order, the brief was due April 8, 2019. No brief was filed. On April 17, 2019, appellant filed a motion for leave to file a motion for extension of time and a motion for extension of time. As for the motion for leave, the Texas Rules of Appellate Procedure do not provide for the filing of a motion for leave to file a motion for extension of time. Accordingly, we **DENY AS MOOT** the motion for leave. As for the extension, appellant requests that we grant an extension of time to April 30, 2019. We **GRANT** the motion for extension of time and **ORDER** appellant to file his brief in this court **on or before April 30, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court